USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: \_\_11/02/2022_____

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

**RICHARD MEJIA,** *individually, and on behalf of all others similarly situated*,

           **Plaintiff,**

-against-

**GREEN TOYS INCORPORATED,**

           **Defendant.**

---

**22-CV-5478 (ALC)**

**ORDER**

**ANDREW L. CARTER, JR., United States District Judge:**

    It having been reported to the Court that this case has been or will be settled, it is hereby ORDERED that the above-captioned action is discontinued without costs and without prejudice to restoring the action to this Court's calendar if the application to restore the action is made within **thirty days**.

Dated: November 2, 2022
       New York, New York

                                      **ANDREW L. CARTER, JR.**
                                      **United States District Judge**